Case No: 6:13cr16  
PO: [WLM]  
AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

Case 6:13-cr-00016-WSS Document 24 Filed 06/04/13 Page 1 of 7

Filed: 06/03/13 Doc. #22

**CLERK'S COPY**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL BEAGLE  
(TRUE NAME: PAUL RAYMOND BEAGLE),

    Defendant.

Case Number    W-13-CR-16(01)  
USM Number    12669-380

2013 MAY 35 PH 2: 45  
WESTERN DISTRICT OF WACO TEXAS  
UNITED STATES MARSHALS SER

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, PAUL RAYMOND BEAGLE, was represented by Darren Obenoskey.

The defendant pled guilty to Count One (1) of the Information on February 28, 2013. Accordingly, the defendant is adjudged guilty of such count, involving the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 641 & 2 | Receiving Stolen Government Property | November 2011 | 1 |

As pronounced on May 23, 2013, the defendant is sentenced as provided in Pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __3ʳᵈ__ day of June, 2013.

_____  
WALTER S. SMITH JR.  
UNITED STATES DISTRICT JUDGE